# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Raymond C. Staley<br><br>                                        Debtor(s) | Chapter 13 Proceeding<br><br>20-13812 amc |
| PENNYMAC LOAN SERVICES, LLC<br>                                        Movant<br>            v.<br>Raymond C. Staley<br><br>Scott F. Waterman, Esquire<br>                                        Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this ___ day of _____, 2021, the Stipulation Resolving PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay is hereby approved by the Court.

**Date: September 30, 2021**

_____
ASHELY M. CHAN
United States Bankruptcy Judge