**Veronica Cosme**

| | |
|---|---|
| **From:** | Veronica Cosme |
| **Sent:** | Wednesday, February 9, 2022 1:42 PM |
| **To:** | 'Brad Sadek, Esq.' |
| **Subject:** | 20-13812 / Staley - Notice of Default |
| **Attachments:** | Notice of Default-Staley.pdf |

Good Afternoon,

Attached please find a copy of the Notice of Default which was sent out today. The deadline to cure is 02/24/2022.

Thank you,
Veronica Cosme, Legal Assistant

Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053
Email: veronica.cosme@powerskirn.com
Phone: 215-942-2090

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.  However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally.**

**You have the right to Opt-Out of future electronic communications or attempts to communicate**. You may opt out of receiving further email communications from Powers Kirn, LLC by replying with the word "STOP" in the subject line. If you respond with "STOP" in the subject line then we will no longer communicate with you by email unless required by the Court.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you have received this message in error, you are hereby notified that we do not consent to any reading, dissemination, distribution or copying of this message.  If you have received this communication in error, please notify the sender immediately and destroy the transmitted information.

**PowersKirn**
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053

Raymond C. Staley
405 Cricket Avenue
Glenside, PA 19038



POWERS KIRN
COUNSELORS AT LAW

POWERS KIRN, LLC
8 Neshaminy Interplex
Suite 215
Trevose, PA 19053

Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502
Philadelphia, PA 19107



02 1P
0000933822
MAILED FROM ZIP CODE 19053
UNITED STATES POSTAGE
$ 000.73⁰
PITNEY BOWES
FEB 09 2022

# PK
## Powers Kirn, LLC
Attorneys at Law

728 Marne Highway
Suite 200
Moorestown, NJ 08057
856.802.1000
*(New Jersey Office)*

8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Phone: (215) 942-2090
Fax: (215) 942-8661
*(Pennsylvania Office)*

02/09/2022

Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

RE:     PENNYMAC LOAN SERVICES, LLC
        vs.
        Raymond C. Staley
        Chapter 13, Case No. 20-13812 AMC
        Type of Action: **Notice of Default**

Dear Mr. Sadek:

The enclosed stipulation executed by the parties in the above referenced matter requires the Debtor to remain current on the monthly post petition mortgage payments. However, as of the date of this letter, PennyMac Loan Services, LLC has not received the following payments:

| Item | Quantity | From | To | Amount | |
|---|---|---|---|---|---|
| Payments: | 3 | 12/01/2021 | 02/01/2022 | $1,597.71 | $4,793.13 |
| Attorney Fees for this Notice of Default: | | | | | |
| Less: Debtor Suspense: | | | | | $-4.58 |
| **TOTAL:** | | | | | $4,788.55 |

Therefore, the Debtor is currently in default of the agreed stipulation. The amount needed to cure the default is stated above, and payment must be made in certified funds, money orders or cashier's check.

In accordance with the stipulation, this shall serve as fifteen (15) days written notice of default. If the default is not cured within fifteen (15) days of the date of this letter, then my client may certify the default to the Court and an Order will be entered granting relief from the automatic stay.

Payments should be sent to:     PennyMac Loan Services, LLC
                                           PO Box 660929
                                           Dallas TX, 75266-0929

*Please note - An additional $1,597.71 will come due on 03/01/2022.*

Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the funds remitted are not enough to cure the entire default.

If you have any questions, please contact my office.

Very truly yours,

/s/ Harry B. Reese
Harry B. Reese, Esquire

Enclosure
HBR/vc
20-0377

cc:   Raymond C. Staley
      405 Cricket Avenue
      Glenside, PA  19038

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Raymond C. Staley<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>20-13812 amc |
|---|---|
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br>v.<br>Raymond C. Staley<br><br>Scott F. Waterman, Esquire<br>Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this ___ day of _____, 2021, the Stipulation Resolving PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay is hereby approved by the Court.

**Date: September 30, 2021**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

POWERS KIRN, LLC
By: Sarah K. McCaffery, Esquire
ID# 311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Attorney for Movant/ 20-0377

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Raymond C. Staley<br><br>                                        Debtor(s) | Chapter 13 Proceeding<br><br>20-13812 amc |
| PENNYMAC LOAN SERVICES, LLC<br>                                        Movant<br>v.<br>Raymond C. Staley<br>and<br>Scott F. Waterman, Esquire<br>                                        Respondents | |

### STIPULATION IN SETTLEMENT OF
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

WHEREAS, the parties hereto and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Sarah K. McCaffery, Esquire on behalf of secured creditor, PENNYMAC LOAN SERVICES, LLC ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2. This Stipulation pertains to the property located at 405 Cricket Avenue, Glenside, PA 19038, mortgage account ending with 7508.

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor(s) and Movant, agree to the following:

    (a) Parties acknowledge that the current regular post-petition payment is **$1,538.75**.

    (b) Parties acknowledge that the following amounts are currently due post-petition:

    | | |
    |---|---|
    | Monthly Payments: 07/01/2021 – 09/01/2021 3 payments @ $1,538.75 each | $4,616.25 |
    | Less Debtor Suspense: | ($21.82) |
    | **Total Post-Petition Arrearage:** | **$4,594.43** |

    (c) Commencing with the 10/01/2021 payment the Debtor(s) shall resume and shall continue to make all regular monthly post-petition payments when they are due in accordance with the terms of the Note & Mortgage.

    (d) Debtor(s) agree/s to Amend the Chapter 13 Plan to include the aforementioned post-petition delinquency in the amount of **$4,495.43**, representing all arrearages due through 09/30/2021 Debtor(s)

agree/s to amend the Chapter 13 Plan within thirty (30) days of the filing of this Stipulation. The parties agree that Movant may file a Notice of Post-Petition Fees, Charges and Expenses as a supplement to the filed Proof of Claim for the above-stated amount and that same shall be deemed approved upon entry of the Order approving this Stipulation.

(e) If sufficient proof is provided (front and back copies of checks or money orders) of payments made, but not credited, the account will be adjusted accordingly.

(f) All post-petition payments from Debtor(s) to Movant shall be sent to P.O. Box 660929, Dallas, TX 75266-0929.

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the contract and applicable law. Also, all allowed fees and costs due to Movant as stated on any Post-Petition Fee Notices filed with the court shall be paid prior to the entry of a Discharge Order.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, or if the case should convert to a Chapter 7 Bankruptcy, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Movant relief from the automatic stay without further notice and hearing and waiving FED. R. Bankr. P. 3002.1 and waiving Rule 4001 (a)(3) so that the Relief Order is immediately effective and enforceable.

(i) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

/s/ Brad J. Sadek  
**Brad J. Sadek, Esquire**  
Attorney for Debtor(s)  
Date:

/s/ Scott F. Waterman  
**Scott F. Waterman, Esquire**  
Trustee  
Date: 09/28/2021

/s/ Sarah K. McCaffery  
**Sarah K. McCaffery, Esquire**  
Attorney for Movant  
Date: 09/28/2021

On this ___ day of _____, 2021, approved by the Court.

_____  
United States Bankruptcy Judge  
Ashely M. Chan

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Raymond C. Staley<br><br>　　　　　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>20-13812 amc |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　　　Movant<br>　　　　　v.<br>Raymond C. Staley<br><br>Scott F. Waterman, Esquire<br>　　　　　　　　　　　　Respondents | |

## ORDER APPROVING STIPULATION

AND NOW, this ___ day of _____, 2021, the Stipulation Resolving PENNYMAC LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay is hereby approved by the Court.