UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 20-13812 |
|---|---|---|
| Raymond Staley | : | |
| Debtor | : | Chapter 13 |

OBJECTION TO THE DEBTOR TO THE CERTIFICATE OF DEFAULT

1. Admitted.
2. Admitted.
3. Denied. In the alternative by or before the hearing on the instant Certification of Default the Debtor/Borrower will cure the post-petition default per the September 30, 2021 Order granting the Stipulation.
4. Denied.
5. Denied.

WHEREFORE, Debtor, respectfully request that this Court deny an Order Granting Relief from the Automatic Stay.

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #804
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008
Attorney for Debtor

Dated: March 10, 2022